QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL WALLACE SMITH


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S. 04-0366-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RE** |
| v. | ) | **CONTINUANCE OF STATUS HEARING AND** |
| | ) | **FINDINGS OF EXCLUDABLE TIME** |
| SHERYL DENISE DAVIS and DANIEL | ) | |
| WALLACE SMITH, | ) | DATE:  August 3, 2005 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. William B. Shubb |
| | ) | |

DANIEL WALLACE SMITH, by and through his counsel, DENNIS S.

WAKS, Supervising Assistant Federal Defender, defendant SHERYL DAVIS by

and through her counsel, C. EMMETT MAHLE, and the United States

Government, by and through its counsel, Matthew S. Stegman, Assistant

United States Attorney, hereby agree that the status conference set for

June 22, 2005 be continued to August 3, 2005 at 9:00 a.m.  This

continuance is requested because the Federal Defenders Office was

recently appointed to this case and has just received over 1200 pages

of discovery which will require additional time to review.  The

defendants in this case consent to this continuance.

Accordingly, all counsel, along with Mr. Smith and Ms. Davis

agree that the time from June 22, 2005 through August 3, 2005 should be

1  excluded in computing the time within which trial must commence under

2  the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable

3  time to prepare].

4  DATED: _____, 2005

5                                    Respectfully submitted,

6                                    QUIN DENVIR
                                     Federal Defender
7
                                     /S/ Dennis S. Waks
8                                    _____
                                     DENNIS S. WAKS
9                                    Supervising Assistant Federal Defender
                                     Attorney for Defendant
10                                   DANIEL WALLACE SMITH

11
   DATED: _____, 2005
12
                                     /S/ Dennis S. Waks for
13                                   _____
   _____ EMMETT MAHLE, Esq.
14                                   Attorney for Defendant
                                     SHERYL DAVIS
15

16                                   McGREGOR SCOTT
                                     United States Attorney
17
   DATE: _____, 2005
18                                   /S/ Dennis S. Waks for

19                                   _____
                                     MATTHEW S. STEGMAN
20                                   Assistant United States Attorney

21

22

23

24

25

26

27

28

1   QUIN DENVIR, Bar #49374
    Federal Defender
2   DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    DANIEL WALLACE SMITH
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,          )  NO. CR.S. 04-0366-WBS
11                                      )
                         Plaintiff,     )
12                                      )  **ORDER RE CONTINUANCE OF STATUS**
             v.                         )  **HEARING AND FINDINGS OF**
13                                      )  **EXCLUDABLE TIME**
    SHERYL DENISE DAVIS and DANIEL      )
14  WALLACE SMITH,                      )  DATE:  August 3, 2005
                                        )  TIME:  9:00 a.m.
15                       Defendant.     )  JUDGE: Hon. William B. Shubb
                                        )
16  _____

17                       **ORDER AND FINDINGS**
         The new status conference is set for August 3, 2005 at 9:00 a.m.
18
    The court finds that the interests of justice are best served and the
19
    public interest is protected by granting the continuance in the above-
20
    captioned matter.  Accordingly, time under the Speedy Trial Act is
21
    excluded from June 22, 2005, through August 3, 2005, in computing the
22
    time within which trial must commence under the Speedy Trial Act,
23
    pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.
24
    (reasonable time to prepare.)
25
    DATED: June 20, 2005
26

27

28
                                    _William B. Shubb_____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

                                       3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28