```
1  QUIN DENVIR, Bar #49374
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DANIEL WALLACE SMITH
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S. 04-0366-WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| SHERYL DENISE DAVIS and DANIEL WALLACE SMITH, | ) DATE: September 7, 2005 |
| | ) TIME: 9:00 a.m. |
| Defendant. | ) JUDGE: Hon. William B. Shubb |

DANIEL WALLACE SMITH, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant SHERYL DAVIS by and through her counsel, C. EMMETT MAHLE, and the United States Government, by and through its counsel, Matthew S. Stegman, Assistant United States Attorney, hereby agree that the status conference set for August 3, 2005 be continued to September 7, 2005 at 9:00 a.m.  This continuance is requested because the Federal Defenders Office was recently appointed to this case and has received over 1200 pages of discovery which will require additional time to review.  The defendants in this case consent to this continuance.

Accordingly, all counsel, along with Mr. Smith and Ms. Davis agree that the time from August 3, 2005 through September 7, 2005

1  should be excluded in computing the time within which trial must
2  commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code
3  T4. [reasonable time to prepare].
4  DATED:   August 2 , 2005
5                                      Respectfully submitted,
6                                      QUIN DENVIR
                                       Federal Defender
7
                                       /S/ Dennis S. Waks
8                                      _____
                                       DENNIS S. WAKS
9                                      Supervising Assistant Federal Defender
                                       Attorney for Defendant
10                                     DANIEL WALLACE SMITH

11
   DATED: August 2   , 2005
12
                                       /S/ Dennis S. Waks for
13                                     _____
                                       EMMETT MAHLE, Esq.
14                                     Attorney for Defendant
                                       SHERYL DAVIS
15

16                                     McGREGOR SCOTT
                                       United States Attorney
17
   DATE: August 2   , 2005
18                                     /S/ Dennis S. Waks for

19                                     _____
                                       MATTHEW S. STEGMAN
                                       Assistant United States Attorney
20

2

```
QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL WALLACE SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                           )<br>          Plaintiff,      )<br>                           )<br>     v.                    )<br>                           )<br>SHERYL DENISE DAVIS and DANIEL )<br>WALLACE SMITH,             )<br>                           )<br>          Defendant.       )<br>                           )<br>_____ | NO. CR.S. 04-0366-WBS<br><br>**ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:  September 7, 2005<br>TIME:  9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference is set for September 7, 2005 at 9:00 a.m. For the foregoing reasons, the court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time under the Speedy Trial Act is excluded from August 3, 2005, through September 7, 2005, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. (reasonable time to prepare.)

DATED: August 2, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE