```
QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL WALLACE SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 04-0366-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER RE** |
| v. ) | **CONTINUANCE OF STATUS HEARING AND** |
| ) | **FINDINGS OF EXCLUDABLE TIME** |
| SHERYL DENISE DAVIS and DANIEL ) | |
| WALLACE SMITH, ) | DATE: October 19, 2005 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. William B. Shubb |
| ) | |

DANIEL WALLACE SMITH, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant SHERYL DAVIS by and through her counsel, C. EMMETT MAHLE, and the United States Government, by and through its counsel, ROBIN R. TAYLOR, Assistant United States Attorney, hereby agree that the status conference set for September 7, 2005 be continued to October 19, 2005 at 9:00 a.m.  This continuance is requested because the Federal Defenders Office was recently appointed to this case and has received over 1200 pages of discovery which will require additional time to review.  The defendants in this case consent to this continuance.

Accordingly, all counsel, along with Mr. Smith and Ms. Davis agree that the time from September 7, 2005 through October 19, 2005

1  should be excluded in computing the time within which trial must
2  commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code
3  T4. [reasonable time to prepare].
4  DATED: <u>August 31</u>, 2005
5                                    Respectfully submitted,
6                                    QUIN DENVIR
                                     Federal Defender
7
                                     /S/ Dennis S. Waks
8                                    _____
                                     DENNIS S. WAKS
9                                    Supervising Assistant Federal Defender
                                     Attorney for Defendant
10                                   DANIEL WALLACE SMITH
11
   DATED: <u>August 31</u>, 2005
12
                                     /S/ Dennis S. Waks for
13 _____
                                     EMMETT MAHLE, Esq.
14                                   Attorney for Defendant
                                     SHERYL DAVIS
15
16                                   McGREGOR SCOTT
                                     United States Attorney
17
   DATE: <u>August 31</u>, 2005
18                                   /S/ Dennis S. Waks for
   _____
19                                   ROBIN R. TAYLOR
                                     Assistant United States Attorney
20
21
22
23
24
25
26
27
28

2

```
QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL WALLACE SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 04-0366-WBS |
| Plaintiff, ) | |
| ) | **ORDER RE CONTINUANCE OF STATUS** |
| v. ) | **HEARING AND FINDINGS OF** |
| ) | **EXCLUDABLE TIME** |
| SHERYL DENISE DAVIS and DANIEL ) | |
| WALLACE SMITH, ) | DATE: October 19, 2005 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. William B. Shubb |
| ) | |

**ORDER AND FINDINGS**

The new status conference is set for October 19, 2005 at 9:00 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time under the Speedy Trial Act is excluded from September 7, 2005, through October 19, 2005, in computing the time within which trial must commence under the Speedy

///
///
///
///

3

1 | Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
2 | Code T4. (reasonable time to prepare.)
3 | DATED:  August 31, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE