```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DANIEL WALLACE SMITH
 6

 7
                 IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,     )  NO. CR.S. 04-0366-WBS
11                                )
                   Plaintiff,     )
12                                )  STIPULATION AND ORDER RE
              v.                  )  CONTINUANCE OF STATUS HEARING AND
13                                )  FINDINGS OF EXCLUDABLE TIME
    SHERYL DENISE DAVIS and DANIEL)
14  WALLACE SMITH,                )  DATE:  November 23, 2005
                                  )  TIME:  9:00 a.m.
15                 Defendant.     )  JUDGE: Hon. William B. Shubb
                                  )
16  _____
```

17      DANIEL WALLACE SMITH, by and through his counsel, DENNIS S.

18  WAKS, Supervising Assistant Federal Defender, defendant SHERYL DAVIS by

19  and through her counsel, C. EMMETT MAHLE, and the United States

20  Government, by and through its counsel, ROBIN R. TAYLOR, Assistant

21  United States Attorney, hereby agree that the status conference set for

22  October 19, 2005 be continued to November 23, 2005 at 9:00 a.m.  This

23  continuance is requested because the parties to this case have received

24  over 1200 pages of discovery which will require additional time to

25  review.  The defendants in this case consent to this continuance.

26      Accordingly, all counsel, along with Mr. Smith and Ms. Davis

27  agree that the time from October 19, 2005 through November 23, 2005

28  should be excluded in computing the time within which trial must

1  commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code
2  T4. [reasonable time to prepare].
3  DATED: October 11, 2005
4                                      Respectfully submitted,
5                                      QUIN DENVIR
                                       Federal Defender
6
                                       /S/ Dennis S. Waks
7                                      _____
                                       DENNIS S. WAKS
8                                      Supervising Assistant Federal Defender
                                       Attorney for Defendant
9                                      DANIEL WALLACE SMITH
10
   DATED: October 11, 2005
11
                                       /S/ Dennis S. Waks for
12                                     _____
                                       EMMETT MAHLE, Esq.
13                                     Attorney for Defendant
                                       SHERYL DAVIS
14
15                                     McGREGOR SCOTT
                                       United States Attorney
16
   DATE: October 11, 2005
17                                     /S/ Dennis S. Waks for
                                       _____
18                                     ROBIN R. TAYLOR
                                       Assistant United States Attorney
19
20
21
22
23
24
25
26
27
28

2

```
QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL WALLACE SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>SHERYL DENISE DAVIS and DANIEL WALLACE SMITH,<br><br>           Defendant. | NO. CR.S. 04-0366-WBS<br><br>**ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:  November 23, 2005<br>TIME:  9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference is set for November 23, 2005 at 9:00 a.m.  The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter.  Accordingly, time under the Speedy Trial Act is excluded from October 19, 2005, through November 23, 2005, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. (reasonable time to prepare.)

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATED: October 11, 2005

3