```
McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
MATTHEW C. STEGMAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2793

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | NO. CR. S-04-0366 WBS |
| ) | |
| Plaintiff,       ) | STIPULATION AND ORDER RE |
| ) | CONTINUANCE OF STATUS HEARING |
| v.       ) | FINDINGS OF EXCLUDABLE TIME; |
| ) | PROPOSED ORDER |
| SHERYL DENISE DAVIS,       ) | |
| ) | DATE: December 21, 2005 |
| Defendant.       ) | TIME: 9:00 a.m. |
| _____) | COURT: Hon. William B. Shubb |

The United States Government, by and through its counsel, Robin R. Taylor and Matthew C. Stegman, Assistant United States Attorneys, and defendant Sheryl Denise Davis, by and through her counsel, C. Emmett Mahle,  hereby agree that the status conference set for December 14, 2005 be continued to December 21, 2005 at 9:00 a.m.  This continuance is requested because defense counsel needs additional time to review the proposed plea agreement with the defendant and to continue to review discovery which will require additional time to review.  The defendant in this case consents to this continuance.

Defense counsel, along with Ms. Davis agree that the time from December 14, 2005 through December 21, 2005 should be

1

excluded in computing the time within which trial must commence under the Speedy Trial Act. § 3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED:   12/7/2005           Respectfully submitted,

                             McGREGOR W. SCOTT
                             United States Attorney


                             /s/ Matthew C. Stegman
                             ROBIN R. TAYLOR
                             MATTHEW C. STEGMAN
                             Assistant U.S. Attorneys


DATED:   12/7/2005           /s/ C. Emmette Mahle
                             C. Emmette Mahle, Esq
                             Attorney for Defendant
                             SHERYL DENISE DAVIS




     IT IS SO ORDERED.

DATED: December 9, 2005

                             *[signature: William B. Shubb]*
                             WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE