PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHERYL DENISE DAVIS AND DANIEL WALLACE SMITH,<br><br>Defendants. | CASE NO. 2:04-CR-00366-WBS<br><br>ORDER TO ASSIGN AND DISBURSE RESTITUTION |

This matter is before the Court on the government's motion requesting that the Clerk of the Court assign restitution for victim Robert T. Smith, and be directed to pay the restitution currently in the Clerk's registry, to his son, Donald E. Smith.

The Court, having considered the motion of the United States, now finds that the motion should be, and hereby is, GRANTED.

IT IS HEREBY ORDERED that the financial unit for the U.S. District Court Clerk's Office for the Eastern District of California is directed to pay any restitution currently available and any future proceeds due to Robert T. Smith to Donald E. Smith.

Dated: March 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE